```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                  CASE NO. 05 B 00516
   CHARLES BARNSLATER SR
                                        CHAPTER 13

                                        JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-7495


--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 01/07/2005 and was confirmed 02/14/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 10/15/2007.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
ECAST SETTLEMENT CORP   UNSEC W/INTER    7177.13         565.06       7177.13
CAPITAL ONE SERVICES    UNSEC W/INTER  NOT FILED            .00           .00
CAPITAL ONE SERVICES    UNSEC W/INTER  NOT FILED            .00           .00
CAPITAL ONE SERVICES    UNSEC W/INTER  NOT FILED            .00           .00
SHERMAN ACQUISITION     UNSEC W/INTER    1519.92         112.31       1519.92
ECAST SETTLEMENT CORP   UNSEC W/INTER    3742.96         292.91       3742.96
ECAST SETTLEMENT CORP   UNSEC W/INTER    9438.90         738.64       9438.90
PETER FRANCIS GERACI    DEBTOR ATTY      2,700.00                     2,700.00
TOM VAUGHN              TRUSTEE                                       1,507.31
DEBTOR REFUND           REFUND                                          254.86

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              28,050.00

PRIORITY                                       .00
SECURED                                        .00
UNSECURED                                21,878.91
    INTEREST                              1,708.92
ADMINISTRATIVE                            2,700.00
TRUSTEE COMPENSATION                      1,507.31
DEBTOR REFUND                               254.86
                     ---------------     ---------------
TOTALS               28,050.00           28,050.00




             PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 05 B 00516 CHARLES BARNSLATER SR
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 01/28/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |